# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) |
| Corey Davis, Jr, | ) |
| Defendant, | ) |

**COURT MINUTES - CRIMINAL**
BEFORE: HILDY BOWBEER
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 20-cr-290 PJS/DTS |
| Date: | January 11, 2020 |
| Court Reporter: | Lynne Krenz |
| | Video Conference |
| Time Commenced: | 2:23 p.m. / 3:12 p.m. |
| Time Concluded: | 3:05 p.m. / 3:30 p.m. |
| Time in Court: | 1 hour |

X **DETENTION HRG ONLY**

APPEARANCES:

Plaintiff: Samantha Bates, Assistant U.S. Attorney
Defendant: James Becker, Assistant Federal Public Defender
  X FPD

On   X Indictment

X Deft Ordered Detained - Govt to submit proposed order.

Additional Information:
X Defendant arraigned, see arraignment minutes and order.
X Defendant consents to this hearing via video conference.

                                                            s/ACH
                                              Signature of Criminal Duty Clerk