# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **AMENDED COURT MINUTES - CRIMINAL** |
| | ) | BEFORE:  HILDY BOWBEER |
| Plaintiff, | ) | U.S. Magistrate Judge |
| | ) | |
| v. | ) | Case No:         20-cr-290 PJS/DTS |
| | ) | Date:              January 11, 2021 |
| Corey Davis, Jr, | ) | Court Reporter:   Lynne Krenz |
| | ) |                         Video Conference |
| Defendant, | ) | Time Commenced:   2:23 p.m. / 3:12 p.m. |
| | | Time Concluded:   3:05 p.m. / 3:30 p.m. |
| | | Time in Court:      1 hour |

X **DETENTION HRG ONLY**

APPEARANCES:

  Plaintiff: Samantha Bates, Assistant U.S. Attorney
  Defendant:  James Becker, Assistant Federal Public Defender
            X FPD

On   X Indictment

X Deft Ordered Detained - Govt to submit proposed order.

Additional Information:
X Defendant arraigned, see arraignment minutes and order.
X Defendant consents to this hearing via video conference.

                                                                                         s/ACH
                                                                     Signature of Criminal Duty Clerk